| | |
|---|---|
| Daniel Alberstone (SBN 105275)<br>dalberstone@baronbudd.com<br>Roland Tellis (SBN 186269)<br>rtellis@baronbudd.com<br>Mark Pifko (SBN 228412)<br>mpifko@baronbudd.com<br>Evan Zucker (SBN 266702)<br>ezucker@baronbudd.com<br>BARON & BUDD, P.C.<br>15910 Ventura Boulevard, Suite 1600<br>Encino, California 91436<br>Telephone: (818) 839-2333<br>Facsimile: (818) 986-9698 | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>Thomas E. Loeser (SBN 202724)<br>toml@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Christopher R. Pitoun (SBN 290235)<br>christopherp@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, California 91101<br>Telephone: (213) 330-7150<br>Facsimile: (213) 330-7152 |

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY individually, and on behalf of those similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>            Defendants. | Case Number: 2:13-cv-08833-CAS(AGRx)<br>CLASS ACTION<br><br>**DECLARATION OF MARK PIFKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>District Court Judge: Christina A. Snyder<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Action Filed: November 27, 2013<br>Trial Date: June 12, 2018 |

Case No.: 2:13-cv-08833-CAS(AGRx)

DECLARATION OF MARK PIFKO

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>        Defendants. | Consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

## **DECLARATION OF MARK PIFKO**

I, Mark Pifko, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am an attorney with Baron & Budd, P.C., counsel for Plaintiffs in the above entitled action. I make this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit 1 is an email dated September 22, 2005 from Christos Viores, a Regional Vice President at Countrywide to various Countrywide personnel produced in this litigation as LSA.212145. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

3. Attached as Exhibit 2 are selected pages from the deposition of Patrick Ames, taken in this matter on August 26, 2016. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

4. Attached as Exhibit 3 is an Acknowledgment of Receipt of Employee Handbook in connection with a Countrywide Employee Handbook, attached as Exhibit 13 to the deposition of Patrick Ames, taken in this matter on August 26, 2016.

5. Attached as Exhibit 4 is a slide entitled "Appraisal Policy" from a LandSafe Staff Appraisers Power Point presentation dated June 7, 2006, produced in this litigation as LSA.468547. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

6. Attached as Exhibit 5 are selected pages from the deposition of Kyle Lagow, taken in this matter on March 16, 2016. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

7. Attached as Exhibit 6 are selected pages from the deposition of Robert Madsen, taken in this matter on April 6, 2016. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

8. Attached as Exhibit 7 are Countrywide branch personnel appraisal ordering procedures, dated September 19, 2005, produced in this litigation as CHL.029838-39 and attached to the August 26, 2016 deposition of Patrick Ames. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

9. Attached as Exhibit 8 is a LandSafe March 2007 Internal Audit report, prepared in connection with a LandSafe Risk Management meeting, produced in this litigation as LSA.509262_00023. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

10. Attached as Exhibit 9 is a June 2, 2006 report regarding appraiser independence identifying internal issues, produced in this litigation as LSA.115776. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

11. Attached as Exhibit 10 are selected pages from the deposition of Lanisa Jenkins, taken in this matter on June 8, 2016. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

12. Attached as Exhibit 11 is Countrywide's Appraisal Independence Policy - LandSafe Appraisal, dated March 1, 2005 produced in this litigation as LSA.001317-21.

13. Attached as Exhibit 12 is the LandSafe Appraisal Reviewer Process slide from LandSafe Appraisal Risk Analysis Review Guidelines dated October, 2008, produced in this litigation as LSA.019210. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

14. Attached as Exhibit 13 is a July 24, 20108 email from Glenda Michaels, LandSafe's FVP of Appraisal Operations, produced in this litigation as LSA.021159. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

15. Attached as Exhibit 14 is a November 18, 2008 email from Craig Heaton, an appraiser to LandSafe, produced in this litigation as LSA.169475-76. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

16. Attached as Exhibit 15 is a October 21, 2008 email from Evelyn Grevelle, Regional Chief Appraiser at LandSafe in the Governance Management department, produced in this litigation as LSA.205569. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

17. Attached as Exhibit 16 are Defendant LandSafe Appraisal Services, Inc.'s Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories served in this action by Defendants on Plaintiffs on March 21, 2016. To aid the Court's review, Plaintiffs' counsel added highlighting to relevant portions of this document.

18. Attached as Exhibit 17 is the complaint filed in *United States of America, ex rel. Kyle W. Lagow v. Countrwide Financial Corporiation, et al.* (Case No 1:09-cv-02040-RJD-JMA filed in the Eastern District of New York and attached as Exhibit 36 to the deposition of Kyle Lagow taken in this litigation on March 16, 2016.

19. Attached as Exhibit 18 is the Good Faith Estimate Document provided to Barbara Waldrup in connection with her loan transaction, dated July 16, 2004, produced in this litigation as WALDRUP_000014.

20. Attached as Exhibit 19 is an Affiliated Business Arrangement Disclosure Statement provided to Barbara Waldrup in connection with her loan transaction dated August 2, 2004, produced in this litigation as CHL.000077-78.

21. Attached as Exhibit 20 is the firm CV of Baron & Budd, P.C.

22. Attached as Exhibit 21 is the firm CV of Hagen Berman Sobol Shapiro LLC

23. Attached as Exhibit 22 is the expert report of Jeffrey S. Andrien submitted by Plaintiffs in connection with this litigation.

24. Attached as Exhibit 23 is the expert report of Dr. Lacour-Little submitted by Plaintiffs in connection with this litigation.

25. Attached as Exhibit 24 is the expert report of J. Philip Cook submitted by Plaintiffs in connection with this litigation.

26. In connection with this litigation and in response to discovery requests propounded by Plaintiffs, on July 28, 2017 LandSafe produced spreadsheet data that

includes over 2.4 million rows of data with information categories for "Loan Number," "Loan Type," "Order Number," "Date Ordered," "Date Appraisal Received," "Sales Price," "Customer Name," "Customer Fee," and "Property State."

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of August 2017, at Encino, California.

                /s Mark Pifko
                Mark Pifko