Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Thomas E. Loeser (SBN 202724)
toml@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH
WILLIAMS, BECKIE REASTER,
REBECCA MURPHY individually, and on
behalf of those similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | Case Number: 2:13-cv-08833-CAS(AGRx)<br>CLASS ACTION<br><br>**DECLARATION OF BARBARA WALDRUP IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>District Court Judge: Christina A. Snyder<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Action Filed: November 27, 2013<br>Trial Date: June 12, 2018 |

Case No.: 2:13-cv-08833-CAS(AGRx)

DECLARATION OF BARBARA WALDRUP

| | |
|---|---|
| 1 ELIZABETH WILLIAMS, BECKIE<br>REASTER, REBECCA MURPHY,<br>2 individually, and on behalf of all others<br>3 similarly situated,<br>4          Plaintiffs,<br>5    vs.<br>6 COUNTRYWIDE FINANCIAL<br>CORPORATION, a Delaware<br>7 corporation, et al.<br>8          Defendants. | Consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

Case No.: 2:13-cv-08833-CAS(AGRx)

DECLARATION OF BARBARA WALDRUP

# DECLARATION OF BARBARA WALDRUP

I, Barbara Waldrup, declare as follows:

1. I am a resident of Harris Country Texas and I am a Plaintiff in the above-described lawsuit. I submit this Declaration in support of Plaintiffs' Motion for Class Certification. If called upon to testify concerning the facts set forth in this declaration, I could and would testify about them because the facts in this declaration are personally known to me to be true.

2. I was a borrower with respect to a loan originated by Countrywide and I was promised and paid for an appraisal in connection with that loan. Thereafter, I learned that the appraisal that was performed by Defendants, which I paid for, was improper and failed to meet the standards for a legitimate appraisal.

3. I am familiar with the nature of this lawsuit and the allegations of my complaint, including its facts and legal theories. I am aware of my duties as a class representative, and I have been, and continue to be, willing and able to carry them out with vigor.

4. Since I filed my complaint in 2013, I regularly communicate with my lawyers concerning the litigation, and I continue to do so. Additionally, I participated, and continue to participate, in the case by providing documents and other information requested by my counsel.

5. I was deposed by Defendants in this matter on February 22, 2016. I was required to travel to Los Angeles for my deposition and as a result, I had to take several days off of work for my deposition.

6. I do not have interests that conflict with those of the other class members. I understand that because this is a class action case and I am seeking to represent a class of other people who were injured by Defendants' conduct, I have a duty to consider their interests and put them about my own. Should the need arise, I am willing to do that.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24 day of August 2017 in Harris Country, Texas.

*Barbara Waldrup*
Barbara Waldrup