Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California  91436
Telephone:   (818) 839-2333
Facsimile:    (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Thomas E. Loeser (SBN 202724)
toml@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:   (206) 623-7292
Facsimile:    (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California  91101
Telephone:   (213) 330-7150
Facsimile:    (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH
WILLIAMS, BECKIE REASTER,
REBECCA MURPHY individually, and on
behalf of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>                    Defendants. | Case Number:  2:13-cv-08833-CAS(AGRx)<br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>District Court Judge:  Christina A. Snyder<br>Magistrate Judge:  Alicia G. Rosenberg<br><br>Action Filed:         November 27, 2013<br>Trial Date:           June 12, 2018 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>        Defendants. | Consolidated with<br>Case Number:  2:16-cv-4166 CAS(AGRx) |

**[PROPOSED] ORDER**

Plaintiffs have filed a motion for class certification, appointment as class representatives, and appointment of class counsel.  Upon review of that motion and a rigorous analysis of Rule 23's requirements, and all related filings and arguments presented to the Court, **IT IS ORDERED**:

That Plaintiffs' motion for class certification is **GRANTED**.

The Court specifically finds that Plaintiffs have satisfied each of Rule 23's requirements because: (a) the Classes (defined below) are sufficiently numerous; (b) common questions of law and fact are present; (c) Plaintiffs' claims are typical of the claims of Class members, and (d) Plaintiffs will fairly and adequately represent the interests of the class.

The Court finds that Plaintiffs have satisfied the prerequisites of Rule 23(b)(3) because "questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods of fairly and efficiently adjudicating the controversy."

The Court finds, upon a review of the factors set forth in Rule 23(g), that the following law firms will fairly and adequately represent the Class, and are hereby appointed as Class Counsel: Baron & Budd, P.C. and Hagen Berman Sobol Shapiro LLP.

Case No.:  2:13-cv-08833-CAS(AGRx)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1    The Court certifies the following classes: (a) a Nationwide RICO Class consisting

2    of all residents of the United State of America who, during the period January 1, 2003

3    through December 31, 2008, obtained an appraisal from LandSafe in connection with a

4    loan originated by Countrywide; and (b) a Texas Unjust Enrichment Class consisting of

5    all Residents of the State of Texas who, during the period January 1, 2003 through

6    December 31, 2008, obtained an appraisal from LandSafe in connection with a loan

7    originated by Countrywide.  Plaintiffs seek to pursue their claims as a remedy for

8    Defendants' improper conduct.  The Court further appoints Barbara Waldrup, Elizabeth

9    Williams, Beckie Reaster and Rebecca Murphy as class representatives of the Nationwide

10   RICO class and Barbara Waldrup as class representative of the Texas Unjust Enrichment

11   class because the court finds that they will fairly and adequately protect the interests of the

12   classes.

13

14       DATED this _____ day of _____, 20_____.

15

16                                          _____
                                            Christina A. Snyder
17                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2                           Case No.:  2:13-cv-08833-CAS(AGRx)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION