Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Thomas E. Loeser (SBN 202724)
toml@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY individually, and on behalf of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | Case Number: 2:13-cv-08833-CAS(AGRx)<br>CLASS ACTION<br><br>**DECLARATION OF MARK PIFKO IN SUPPORT OF APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>District Court Judge: Christina A. Snyder<br>Magistrate Judge: Alicia G. Rosenberg<br><br>Action Filed:    November 27, 2013<br>Trial Date:       June 12, 2018 |

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>     vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.<br><br>            Defendants. | Consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

Case No.: 2:13-cv-08833-CAS(AGRx)

DECLARATION IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

**DECLARATION OF MARK PIFKO**

I, Mark Pifko, declare and state as follows:

1. I am an attorney at Baron & Budd, P.C., and am counsel of record for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Application to File Under Seal Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification and related documents.  If called upon to testify as to the facts set forth herein, I could and would competently testify thereto because the facts set forth herein are personally known to me to be true.

2. Under the terms of the Amended Stipulated Protective Order entered by this Court on May 16, 2017, Plaintiffs may not file in the public record of this action any information that Defendants have designated as Confidential or Restricted. (Dkt. 159.)

3. In this case, Defendants have designated certain documents, deposition transcripts, and other information as Confidential.  Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification relies on documents and information which have been designated by Defendants as Confidential or Restricted. Under the terms of the Amended Protective Order entered in this case, these materials must be filed under seal.

4. Pursuant to the Amended Protective Order and Local Rule 79-5.2.2(b), Plaintiffs seek to file unredacted copies of the following documents under seal:

   a. Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification ("Memorandum");

   b. Declaration of Mark Pifko in Support of Plaintiffs' Motion for Class Certification ("Pifko Declaration"); and

   c. Exhibits 1-16, 22-24 to the Pifko Declaration.

5. Plaintiffs publically filed a narrowly redacted copy of her Memorandum that omits any reference to Confidential or Restricted information. Plaintiffs also publicly filed a narrowly redacted copy of the Pifko Declaration because Exhibits 1-16 and 22-24 have been designated Confidential or Restricted in their entirety by Defendants and cannot be

reasonably redacted without undue expense and effort, and, therefore they are entirely redacted in the publicly filed version.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August 2017, in Encino, California.

                                        /s/ Mark Pifko
                                        Mark Pifko

DECLARATION IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL