# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | **CIVIL MINUTES – GENERAL** | | **'O'** |
| Case No. | 2:13-cv-08833-CAS(AGRx)<br>2:16-cv-04166-CAS(AGRx) | Date | March 26, 2018 |
| Title | BARBARA WALDRUP v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.<br>ELIZABETH WILLIAMS ET AL. v. COUNTRYWIDE FINANCIAL CORPORATION ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

    Daniel Alberstone                         Douglas Thompson

    Evan Zucker

**Proceedings:** DEFENDANTS' MOTION TO STAY ACTION PENDING DECISION ON RULE 23(f) PETITION AND APPEAL (Case No. 13-8833, Dkt. 253; Case No. 16-4166, Dkt. 127, filed August 28, 2017)

    On February 26, 2018, defendants filed the above-captioned motion to stay all proceedings in this case pending the resolution of their Federal Rule of Civil Procedure 23(f) petition—and, if the petition is granted by the Ninth Circuit Court of Appeals, the issuance of mandate on appeal. Dkt. 253. On March 5, 2018, plaintiffs filed an opposition, dkt. 262; and defendants filed a reply on March 12, 2018, dkt. 265. The Court held a hearing on March 26, 2018.

    Having reviewed the parties' moving papers and after hearing defendants' arguments, the Court hereby **GRANTS** a stay of class notice until 60 days after resolution of defendants' Rule 23(f) petition by the Ninth Circuit. The motion is otherwise **DENIED without prejudice** to its being renewed in the event the Ninth Circuit grants defendants' petition but declines to issue its own stay pending the appeal.

    IT IS SO ORDERED.

                                                                       00  :  04

                                                  Initials of Preparer      CMJ