# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'

| Case No. | 2:13-cv-08833-CAS(AGRx); c/w 2:16-cv-04166-CAS(AGRx) | Date | November 13, 2018 |
|---|---|---|---|
| Title | BARBARA WALDRUP v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.; C/W: ELIZABETH WILLIAMS; ET AL. v. COUNTRYWIDE FINANCIAL CORPORATION; ET AL. | | |

Present: The Honorable    **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**    **(IN CHAMBERS)** – ORDER REJECTING MOTION TO INTERVENE

On September 10, 2018, the Court received a motion for leave to file *in camera* and under seal a verified complaint in interpleader in the above action and declaratory relief, which the Court construes as a motion to intervene. The proposed intervenor apparently seeks an order preventing defendants Bank of America and Countrywide from evicting him from the premises that he leases in Arizona. He requests that his motion be sealed on the grounds that if his identity were known he would face some form of retaliation. On September 26, 2018, the Court issued an order to show cause why this Court has jurisdiction over the motion to intervene. The proposed intervenor submitted a letter along with real estate closing and settlement documents belonging to the previous owner of his residence. The proposed intervenor argues that the amount in controversy is satisfied because his residence was purchased by the previous owner for at least $75,000.

The proposed intervenor has not demonstrated that this Court has subject matter jurisdiction over the motion to intervene. The Court explained earlier that in forcible detainer actions, the sole issue is right of possession and there is no dollar amount in controversy. The proposed intervenor has not demonstrated that he is the owner of the property at issue, therefore the amount that the previous owner paid to purchase his residence is irrelevant.

Accordingly, the Court rejects the proposed intervenor's motion to intervene and the Courtroom Deputy Clerk will return the documents that the proposed intervenor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| | **CIVIL MINUTES – GENERAL** | | **'O'** |
| Case No. | 2:13-cv-08833-CAS(AGRx); c/w 2:16-cv-04166-CAS(AGRx) | Date | November 13, 2018 |
| Title | BARBARA WALDRUP v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.; C/W: ELIZABETH WILLIAMS; ET AL. v. COUNTRYWIDE FINANCIAL CORPORATION; ET AL. | | |

submitted to the Court.[1] Due to the proposed intervenor's request to file the motion to intervene *in camera* and under seal, the Court hereby serves this minute order by mail to the proposed intervenor.

      IT IS SO ORDERED.

|  |  |  |
|---|---|---|
| Initials of Preparer | 00 : 00 | |
| | CMJ | |

---

[1] The proposed intervenor sent the Court a document purporting to transfer the title of his lease to the Court. The Court rejects this document as it cannot properly accept legal title to the proposed intervenor's lease.