1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12   BARBARA WALDRUP, individually,       Case Number:  2:13-cv-08833-
     and on behalf of other members of the   CAS(AGRx)
13   general public similarly situated,

14                                         CLASS ACTION
                    Plaintiff,
15         vs.

16                                         [~~PROPOSED~~] ORDER REGARDING
     COUNTRYWIDE FINANCIAL              CLASS NOTICE PLAN
17   CORPORATION, a Delaware
     corporation, COUNTRYWIDE           District Court Judge:  Christina A.
18   HOME LOANS, a New York             Snyder
     corporation, COUNTRYWIDE           Magistrate Judge:  Alicia G. Rosenberg
19   BANK, N.A., a national association,
20   BANK OF AMERICA                    Action Filed:      November 27, 2013
     CORPORATION, a Delaware            Trial Date:        None Set
21   corporation, LANDSAFE, INC., a
     Delaware corporation, LANDSAFE
22   APPRAISAL, INC., a California
23   Corporation,

24                    Defendants.

25

26

27

28

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, a New York corporation, COUNTRYWIDE BANK, N.A., a national association, BANK OF AMERICA CORPORATION, a Delaware corporation, LANDSAFE, INC., a Delaware corporation, LANDSAFE APPRAISALS, INC., a California corporation,<br><br>               Defendants. | consolidated with<br>Case Number: 2:16-cv-4166 CAS(AGRx) |

     The Court, having considered the Parties' Joint Statement Regarding Class Notice (Dkt. 323), the postcard notice attached as Exhibit 1 to the Joint Statement (Dkt. 323-1), the long form notice attached as Exhibit 2 to the Joint Statement (Dkt. 323-2), the arguments of counsel at the November 19, 2018 hearing on class notice (Dkt. 324), and good cause appearing therefore, hereby ORDERS that:

     1.     Defendants shall provide class member contact data to the class notice administrator Hilsoft Notifications by December 19, 2018 (Dkt. 324, p. 19:10-19). The class notice administrator shall prepare and mail class notice as soon as practicable thereafter, with the cooperation of the Parties and as outlined at the November 19, 2018 hearing.

2.      The postcard and long form notices previously submitted (Dkt 323-1 and 323-2) are approved with the addition by the class notice administrator of the toll free telephone number and applicable P.O. Box address. (Dkt. 324, p. 5:1-21 and p. 18:14-15).

3.      Class members shall have 60 days from the date of mailing of the notice to exclude themselves from the Class. (Dkt. 324, p. 18:20-19:1). The class notice administrator shall calculate that exclusion date once the notice mailing date has been scheduled.

**IT IS SO ORDERED.**

Dated:  December 17, 2018

By: _____

Hon. Christina A. Snyder
United States District Court Judge