Daniel Alberstone (SBN 105275)
dalberstone@baronbudd.com
Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Evan Zucker (SBN 266702)
ezucker@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Attorneys for Plaintiffs
BARBARA WALDRUP, ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY individually, and on behalf of the certified classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, a New York corporation, COUNTRYWIDE BANK, N.A., a national association, BANK OF AMERICA CORPORATION, a Delaware corporation, LANDSAFE, INC., a Delaware corporation, LANDSAFE APPRAISAL, INC., a California Corporation,<br><br>Defendants. | Case Number: 2:13-cv-08833-CAS (AGRx) – CLASS ACTION<br>District Court Judge: Christina A. Snyder<br>Magistrate Judge: Alicia G. Rosenberg<br><br>**JOINT AGENDA IDENTIFYING DISCOVERY ISSUES**<br><br>Date: July 26, 2019<br>Time: 11:00 a.m.<br>Action Filed: November 27, 2013<br>Trial Date: January 14, 2020 |

| | |
|---|---|
| ELIZABETH WILLIAMS, BECKIE REASTER, REBECCA MURPHY, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, COUNTRYWIDE HOME LOANS, a New York corporation, COUNTRYWIDE BANK, N.A., a national association, BANK OF AMERICA CORPORATION, a Delaware corporation, LANDSAFE, INC., a Delaware corporation, LANDSAFE APPRAISALS, INC., a California corporation,<br><br>            Defendants. | consolidated with<br>Case Number:  2:16-cv-4166 CAS(AGRx) |

## JOINT AGENDA

Pursuant to the Court's Order, dated July 12, 2019 (Dkt. 390), Plaintiffs seek a discovery conference with the Court regarding the depositions ordered by this Court of five absent class members after having reviewed documents identified by Defendants by bates stamp.

Dated: July 25, 2019                    BARON & BUDD, P.C.

                        By:  /s/ Evan Zucker
                            Evan Zucker

                            Daniel Alberstone
                            Roland Tellis
                            Mark Pifko
                            Evan Zucker
                            BARON & BUDD, P.C.
                            15910 Ventura Boulevard, Suite 1600
                            Encino, California  91436
                            Telephone:  (818) 839-2333

```
                              Facsimile:    (818) 986-9698

                              Christopher R. Pitoun
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              301 North Lake Avenue, Suite 920
                              Pasadena, California 91101
                              Telephone:   (213) 330-7150
                              Facsimile:    (213) 330-7152

                              Steve W. Berman
                              Thomas E. Loeser
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              1918 Eighth Avenue, Suite 3300
                              Seattle, WA 98101
                              Telephone:   (206) 623-7292
                              Facsimile:    (206) 623-0594


                              Attorneys for Plaintiffs
                              BARBARA WALDRUP, ELIZABETH
                              WILLIAMS, BECKIE REASTER,
                              REBECCA MURPHY individually, and on
                              behalf of the certified classes



Dated: July 25, 2019          BRYAN CAVE LEIGHTON PAISNER LLP

                         By:  /s/ Kazim Naqvi
                              Kazim Naqvi

                              Attorneys for Defendants Countrywide Home
                              Loans, Inc. (erroneously sued as
                              "Countrywide Home Loans"); Countrywide
                              Financial Corporation; Bank of America,
                              N.A., as successor by April 27, 2009 de jure
                              merger with Countrywide Bank, FSB
                              (formerly known as Countrywide Bank,
                              N.A.); Bank of America Corporation;
                              LandSafe, Inc.; and LandSafe Appraisal
                              Services, Inc. (now known as "CoreLogic
                              Valuation Solutions, Inc.") (erroneously sued
                              as "Landsafe Appraisal Inc.")
```

<u>Local Rule 5-4.3.4 Attestation</u>

I attest that all counsel of record concur in this filing's content and has authorized the filing.

Dated: July 25, 2019           By:    /s/ Evan Zucker
                                      Evan Zucker