JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARBARA WALDRUP, individually and on behalf of other members of the public similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 2:13-cv-08833-CAS-AGRx *lead case*<br><br>(Consolidated with Case No. 2:16-cv-04166-CAS-AGRx)<br><br>**FINAL JUDGMENT**<br><br>Dept:　　8D (8th Floor)<br>Judge:　Hon. Christina A Snyder<br>　　　　350 W. First Street<br>　　　　Los Angeles, CA 90012 |
| ELIZABETH WILLIAMS, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>　　　　Defendants. | |

# FINAL JUDGMENT[1]

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Final Order Approving Settlement and Dismissing Action with Prejudice:

1. The Settlement Agreement, the Final Order Approving Settlement and Dismissing Action with Prejudice, and this Judgment are binding on and have res judicata and preclusive effect in all pending and future lawsuits or other proceedings concerning the Released Claims;

2. The above-captioned Consolidated Actions are dismissed with prejudice and, except as expressly set forth in the Final Order Approving Settlement and Dismissing Action with Prejudice, without costs or attorneys' fees as to any party;

3. Representative Plaintiffs Barbara Waldrup, Becky Reaster, and Rebecca Murphy, Plaintiffs' Counsel, Class Counsel, and each and every Class Member who is not a Successful Opt-Out are permanently enjoined from bringing, joining, assisting in, or continuing to prosecute against any Defendant or any Released Person any claim that was brought in the Consolidated Actions or for which a release and covenant not to sue is being given under the Settlement Agreement.

4. Without in any way affecting the finality of this Judgment for purposes of appeal, this Court retains jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the Settlement Agreement and the Final Order Approving Settlement and Dismissing Action with Prejudice.

**IT IS SO ORDERED**

Dated: July 16, 2020, 2020

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] This Judgment incorporates by reference the definitions in the Settlement Agreement, and all terms herein shall have the same meaning as set forth in the Settlement Agreement